UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Mr. WILLIE CLAUDIUS WATT,                   Civil No. 07-2229 (DSD/SRN)

      Plaintiff,

v.                                                                              ORDER

MPD Detective BILLINGTON # 0556,
MPD Detective BERNARD MARTINSON,
ELIZABETH ANN PEDERSON,
FREDERIC JOHNSON HALLA,
Judge B. NORD,  MPD BRUCE CARPENTER,
MPD TONY DIAZ, MPD HOKANSON #3075,
MPD QUEEN, and MINNEAPOLIS, MINNESOTA,

      Defendants.

---

The above-entitled matter comes before the Court upon the Report and Recommendation of United States Magistrate Judge Susan Richard Nelson dated August 20, 2007.  No objections have been filed to that Report and Recommendation in the time period permitted.

Based on the Report and Recommendation of the Magistrate Judge, and all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that:

1.  Plaintiff's "Application To Proceed Without Prepayment Of Fees," (Docket No. 2), is **DENIED**; and

2.  This action is summarily **DISMISSED** pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

DATED:  September 11, 2007

                                          s/David S. Doty
                                          Judge David S. Doty
                                          United States District Court Judge